ULRICO S. ROSALES, State Bar No. 139809
KORAY J. BULUT, State Bar No. 230298
STEPHEN TAEUSCH, State Bar No. 247708
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
Facsimile: (650) 565-5100
e-mail: urosales@wsgr.com

**E-Filed 11/6/08**

Attorneys for Plaintiff
MAQUET CARDIOVASCULAR, LLC.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAQUET CARDIOVASCULAR L.L.C., <br><br> Plaintiff, <br><br> v. <br><br> MEDTRONIC, INC., a Minnesota Corporation, and DOES 1-20, inclusive, <br><br> Defendant. | CASE NO.: C08-04727-JF <br><br> STIPULATION AND [PROPOSED] ORDER EXTENDING BRIEFING SCHEDULE ON PLAINTIFF'S MOTION FOR A PRELIMINARY INJUNCTION |

STIPULATION AND [PROPOSED] ORDER
EXTENDING BRIEFING SCHEDULE
C08-04727-JF

C:\Documents and Settings\mheverly\Local Settings\Temporary Internet Files\OLK2

1     WHEREAS, by its Order dated October 24, 2008, the Court denied Plaintiff's Application for a Temporary Restraining Order but determined that it would treat Plaintiff's request as a Motion for a Preliminary Injunction;

    WHEREAS, the Court requested supplemental briefing from the parties with respect to certain issues raised by the parties in their briefs on Plaintiff's Application for a Temporary Restraining Order;

    WHEREAS, the Court directed Plaintiff to provide its supplemental briefing on or before October 31, 2008, and imposed a deadline of November 5, 2008 for Defendant to file a supplemental opposition brief;

    WHEREAS, the Court originally indicated that it would hear the matter on an expedited basis on November 7, 2008;

    WHEREAS, Plaintiff and Defendant have entered into discussions which may eliminate the need for a hearing, but need additional time to complete those discussions;

    WHEREAS, Plaintiff desires to extend the briefing schedule and postpone the hearing on the matter, and Defendant does not oppose such an extension;

    WHEREAS, the Court has advised Plaintiff's counsel that it has re-scheduled the hearing for December 12, 2008, and instructed the parties to file a stipulation regarding a revised briefing schedule;

    THE PARTIES NOW HEREBY STIPULATE that:

1. Plaintiff shall file and serve its supplemental brief by November 21, 2008;

2. Defendant shall file and serve its supplemental brief in opposition by December 8, 2008;

3. No reply brief shall be filed by Plaintiff; and

4. The hearing date for the Motion is hereby rescheduled to December 12, 2008 at 9:00 a.m.

C:\Documents and Settings\mheverly\Local Settings\Temporary Internet Files\OLK2

STIPULATION AND [PROPOSED] ORDER
EXTENDING BRIEFING SCHEDULE
C08-04727-JF

1

| | | |
|---|---|---|
| 1 | | |
| 2 | Dated: November 5, 2008 | LITTLER MENDELSON P.C., |
| 3 | | 50 West San Fernando Street, 15th Floor |
| | | San Jose, CA 95113-2431 |
| 4 | | Telephone: (408) 998-4150 |

By _/s/ Michelle Heverly_
Michelle Heverly
Attorneys for Defendant
MEDTRONIC, INC.

Dated: November 5, 2008

WILSON SONSINI GOODRICH & ROSATI,
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94306
Telephone: (650) 493-9300

By _/s/ Ulrico S. Rosales_
Ulrico S. Rosales
Attorneys for Plaintiff
MAQUET CARDIOVASCULAR L.L.C

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: 11/6/08

_/s/ Jeremy Fogel_
THE HON. JEREMY FOGEL
United States District Judge

C:\Documents and Settings\mheverly\Local Settings\Temporary Internet Files\OLK2

STIPULATION AND [PROPOSED] ORDER
EXTENDING BRIEFING SCHEDULE
C08-04727-JF

2